UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LUIS ROSARIO,

*Defendant.*

24 Cr. 107 (GHW)
~~23 Cr. 107 (GHW)~~

~~PROPOSED~~ ORDER

**GREGORY H. WOODS**, United States District Judge:

Upon the application of the Defendant, LUIS ROSARIO, pursuant to 18 U.S.C. § 3142 for release from custody, with the government's consent based on the terms and conditions set forth herein, it is hereby:

**ORDERED** that the Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

1. Bond in the amount of $75,000, to be signed by the defendant and three other individuals, including two financially responsible persons and one cosigner for moral suasion (the moral suasion cosigner shall be someone other than the third party custodian);

2. Pretrial Services supervision as directed by the Pretrial Services office;

3. Home incarceration at the residence approved by Pretrial Services, enforced by location monitoring at the discretion of Pretrial Services;

4. Maria Rosario to serve as third party custodian;

5. Drug testing and treatment as directed by Pretrial Services;

6. No travel within three blocks of 755 Coster Street, Bronx;

7. Travel restricted to the Southern District of New York and the Eastern District of New York;

8. Surrender all passports and other travel documents and make no applications for new or replacement documents;

9. No possession of firearms, destructive devices, or weapons;

10. No contact with the following individuals outside the presence of counsel:

    a. Rubinsky Padilla

    b. Luis Velasquez

    c. Jorge Guzman

    d. Patricia Crespo

    e. Carlos Ortiz

    f. Martin Hernandez

    g. Edwin Gonzales

The defendant shall be released and produced to the 500 Pearl Street United States Courthouse to sign the bond within 48 hours of the approval of the cosigners.

**SO ORDERED.**

Dated: March 8, 2024
New York, NY

THE HONORABLE GREGORY H. WOODS
United States District Judge