```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,             :
                                          :
               -against-                  :
                                          :
    LUIS ROSARIO,                         :          1:24-cr-107-GHW-2
                                          :
                           Defendant.     :          ORDER
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025
```

GREGORY H. WOODS, United States District Judge:

Luis Rosario pleaded guilty to count 1 of the Indictment in this case. Following argument by the parties, the Court ordered that Mr. Rosario be immediately remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: September 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge