**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMORANDUM ENDORSED

November 21, 2025

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2025

RE: **United States v. Luis Rosario**
    **24 Cr. 107 (GHW)**

Dear Judge Woods:

    I write to respectfully request an adjournment of Luis Rosario's sentencing hearing and a corresponding extension of sentencing submission deadlines in the above-captioned matter. This is Mr. Rosario's first request for a sentencing adjournment. The government does not object to this request.

    Mr. Rosario's sentencing is currently scheduled for December 17, 2025 at 11:00 a.m. In order to effectively represent Mr. Rosario at his sentencing, I respectfully request an adjournment to a date in February 2026. The defense is generally available except Tuesday mornings and Mondays/Wednesdays after 3:00 p.m.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Luis Rosario*

cc: Ashley Nicolas, Assistant U.S. Attorney
Lisa Daniels, Assistant U.S. Attorney

> Application granted. Mr. Rosario's sentencing hearing is adjourned to February 9, 2026 at 9:30 a.m. The defendant's sentencing submissions are due no later than January 26, 2026. The Government's sentencing submissions are due no later than February 2, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 68.
> SO ORDERED:
> Dated: November 21, 2025
> New York, New York
>
> **THE HONORABLE GREGORY H. WOODS**
> United States District Judge