```
                                                     ┌─────────────────────────────────┐
                                                     │ USDC SDNY                       │
                                                     │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                         │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                        │ DOC #: _____          │
------------------------------------------------ X   │ DATE FILED:  2/9/2026           │
                                             :       └─────────────────────────────────┘
UNITED STATES OF AMERICA,                    :
                                             :
                -v-                          :            1:24-cr-107-GHW-2
                                             :
LUIS ROSARIO,                                :                 ORDER
                                             :
                          Defendant.         :
                                             :
------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled for February 9, 2026 with respect to Luis Rosario will

instead take place on February 11, 2026 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  February 9, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge